# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

MARC ARTHUR GALETTE
a/k/a Galette Marcarthur

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: CO-4275-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __Jan. 28, 1998 - Nov. 25, 2000__ in __Broward__ county, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense)

knowingly make false and fictitious oral and written statements in connection with the acquisition of firearms

in violation of Title __18__ United States Code, Section(s) __922(a)(6)__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
John Webb
Special Agent, ATF

Sworn to before me, and subscribed in my presence,

November 27, 2000 — 11:25 a.m.
Date

at Ft. Lauderdale, FL
City and State

BARRY S. SELTZER
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

AFFIDAVIT

I, John Webb, being duly sworn, depose and state:

1.  I am a Special Agent of the United States Treasury Department, Bureau of Alcohol, Tobacco and Firearms, assigned to the Ft. Lauderdale Field Office.

2.  The following facts and circumstances became known to me because of my own investigation and information provided to me by other agents of the Bureau of Alcohol, Tobacco and Firearms (ATF).

3.  On or about July 21, 1979, Marc Arthur GALETTE, a Haitian born citizen, entered the United States as a tourist.

4.  On or about November 9, 1982, Marc Arthur GALETTE was granted permanent resident alien status, number A24584837, by the United States Immigration and Naturalization Service.

5.  On January 28, February 5 and June 12, 1998, Marc Arthur GALETTE purchased a total of five firearms from Discount Guns and Pawn, Inc., 1201 S. State Road 7, Hollywood, Florida, a federally licensed firearms dealer, license number 1-59-006-02-6L-44056. In the acquisition of those firearms, GALETTE executed three ATF forms 4473 indicating that his name was Galette MARCARTHUR, he was born in New York and was a citizen of the United States. GALETTE listed his residence address as 860 N.E. 172 Terrace, Miami, Florida.

6.  On August 16, 1999, Marc Arthur GALETTE purchased one firearm from Discount Guns and Pawn, Inc., 1201 S. State Road 7, Hollywood, Florida, a federally licensed firearms dealer, license

number 1-59-006-02-6L-44056. In the acquisition of those firearms, GALETTE executed an ATF form 4473 indicating that his name was Galette MARCARTHUR, he was born in New York and was a citizen of the United States. GALETTE listed his residence address as 860 N.E. 170 Terrace, Miami, Florida. This address does not exist.

    7. On September 30, 2000, Marc Arthur GALETTE purchased two firearms from FJB Guns and Ammo, 590 N. Central Ave., Umatilla, Florida, a federally licensed firearms dealer, license number 1-59-035-01-1K-33910, doing business at a gun show at the War Memorial Auditorium, Ft. Lauderdale, Florida. In the acquisition of those firearms, GALETTE executed an ATF form 4473 indicating that his name was Galette MARCARTHUR, he was born in New York and was a citizen of the United States. GALETTE listed his residence address as either 860 or 960 N.E. 172 Street, Miami, Florida. One address (860) does not exist and according to the U.S. Postal Service, GALETTE does not receive mail at the other address (960).

    8. On September 30, 2000, Marc Arthur GALETTE purchased two firearms from INJ Enterprises, Inc., D/B/A Gun Country, 200 S.W. 25 Street, Ft. Lauderdale, Florida, a federally licensed firearms dealer, license number 1-59-011-02-3B-67067, doing business at a gun show at the War Memorial Auditorium, Ft. Lauderdale, Florida. In the acquisition of those firearms, GALETTE executed an ATF form 4473 indicating that his name was Galette MARCARTHUR, he was born in New York and that he was a citizen of the United States.

GALETTE listed his residence address as 860 N.E. 172 Street, Miami, Florida. This address does not exist.

9. On October 1, 2000, Marc Arthur GALETTE initiated the purchase of one firearm from INJ Enterprises, Inc., D/B/A Gun Country, 200 S.W. 25 Street, Ft. Lauderdale, Florida, a federally licensed firearms dealer, license number 1-59-011-02-3B-67067, doing business at a gun show at the War Memorial Auditorium, Ft. Lauderdale, Florida. In the acquisition of that firearm, GALETTE executed an ATF form 4473 indicating that his name was Galette MARCARTHUR, he was born in New York and that he was a citizen of the United States. GALETTE listed his residence address as 860 N.E. 172 Street, Miami, Florida. This address does not exist.

10. On October 5, 2000, GALETTE went to the business location of Gun Country, 200 S.W. 25 Street, Ft. Lauderdale, Florida, and picked up the firearm he had initiated the purchase for on October 1, 2000.

11. On November 9, 2000, Lee Gross, manager of Discount Guns and Pawn, Inc., FFL # 1-59-006-02-6L-44056, was shown a six figure photospread containing a picture of GALETTE. Mr. Gross identified GALETTE as the individual who had previously purchased firearms using the name Galette MARCARTHUR.

12. On November 9, 2000, Joanne Rosenblum, owner of Gun Country, FFL # 1-59-011-02-3B-67067, was shown a six figure photospread containing a picture of GALETTE. Mrs. Rosenblum identified GALETTE as the individual who had previously purchased firearms using the name Galette

3

MARCARTHUR.

13. On November 21, 2000, Francis Baldassare, owner of FJB Guns and Ammo, FFL # 1-59-035-01-1K-33910, was shown a six figure photospread containing a picture of GALETTE. Mr. Baldassare identified GALETTE as the individual who had previously purchased firearms using the name Galette MARCARTHUR.

14. On November 25, 2000, GALETTE went to a gun show at the War Memorial Auditorium, Ft. Lauderdale, Florida. GALETTE was observed purchasing six firearms from three different federally licensed firearms dealers. In the acquisition of those firearms, GALETTE again executed three separate ATF forms 4473 indicating that his name was Galette Marcarthur, that he was born in New York and was a citizen of the United States.

FURTHER AFFIANT SAYETH NAUGHT

*ARRESTED on 11/25/00 @ 11:34 AM approx*

JOHN WEBB, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO AND
FIREARMS

Sworn to and subscribed before me this ___ day of November, 2000.

BARRY S. SELTZER
U.S. Magistrate Judge

4