## COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | |
|---|---|
| DEFT: Marc Arthur Galette (J)# | CASE NO: 00-4275-BSS |
| AUSA: Duty Larry Bardfeld | ATTNY: Pat Hunt |
| AGENT: ATF | VIOL: False claims/firearms |
| PROCEEDING: Initial Appearance | BOND REC: 50,000 Corp |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: FPD

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Δ- advised of charge,
Δ- sworn to
Counsel
Δ- partially indigent
Must pay
$100 into Reg.
of Court w/in
30 days
Δ- will call to set bond hearing

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 12-7-00  11:00am  SNOW
STATUS CONFERENCE: partial indigence  12-27-00  11:00an  BSS
DATE: 11-27-00   TIME: 11:00am   TAPE # 00-094   PG # 1018-1254