UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )     Case Number: _00-4275-BSS_
                Plaintiff )
                          )     **REPORT COMMENCING CRIMINAL ACTION**
        -VS-              )
_Marc A. Galette_         )     _55561-004_
        Defendant               U.S. Marshals Service Number

***

TO: Clerk's Office    MIAMI   FT. LAUDERDALE   WEST PALM BEACH
                      FT. PIERCE   (Circle one of above)
**NOTE:** CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

***

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) **Date** and **Time** of arrest: _11/25/00_  _11:35_  (a.m./p.m.)

  **Time** and **Facility** where booked _12N ATF office - Fed Bldg - Ft L_
  _1:30pm - Ft. Lauderdale City Jail_

(2) Language Spoken: _ENGLISH_

(3) Offense(s) Charged: _18 USC 922(a)(6)_

(4) U.S. Citizen      [ ] Yes    [✓] No    [ ] Unknown

(5) Date of Birth:    _05/19/1959_

(6) Type of Charging Document: (check one)
    [ ] Indictment   [✓] Complaint to be filed
                     [ ] Complaint already filed
    Case Number: _____

    [ ] Bench Warrant
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _Southern FL_
    **COPY OF WARRANT LEFT WITH U.S. MARSHAL?**   [ ] YES  [✗] NO

Amount of Bond:   $ _50,000 Corp Surety_
Who set bond:     _AUSA Larry Bardfeld_
Remarks: _Subject did not provide correct name - INS records show his name as Marc A. Galette. He uses aliases of Galette MARCARTHUR + Marc LEROY_

Date: _11/27/00_   Arresting Officer: _Bykowsky / Webb_
                   Agency: _ATF_
                   Phone: _954/356-7369_