**COURT MINUTES**
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Marc Arthur Galette (J)#   CASE NO: 00-4275-BSS
AUSA: Larry Bardfeld *present*   ATTNY: FPD: Pat Hunt *present*
AGENT: ___   VIOL: ___
PROCEEDING: Bond hearing   BOND REC: 50,000 Corp Surety
BOND HEARING HELD - yes/(no)   COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

No Bond hearing held today — FPD will request a bond hearing at a later date.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: xxxxx   12-7-00   11:00am   Snow
STATUS CONFERENCE: re partial indigence   12-27-00   11:00am   BSS

DATE: 11-28-00   TIME: 11:00am   TAPE # 00-94   PG #

9:34