## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: MARC A. GALETTE (J) 55561-004 | CASE NO: 00-4275-BSS |
| AUSA: LARRY BARDFELD *pres* | ATTY: PATRICK HUNT *pres* |
| AGENT: | VIOL: |
| PROCEEDING: BOND HEARING | RECOMMENDED BOND: 50,000 CSB |
| BOND HEARING HELD: (yes) / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED by D.C.
DEC - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Bond remains @ 50,000 with a Nebbia requirement -

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-7 | 11 | SNOW | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 12/4/00  TIME: 11:00  FTL/LSS TAPE # 00 - 060  Begin: 197  End: 553