UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6338**

18 U.S.C. 922(a)(6)

CR-DIMITROULEAS

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )        **MAGISTRATE JUDGE**
v.                                )        **SNOW**
MARC ARTHUR GALETTE               )
a/k/a "Galette Marcarthur",       )
                                  )
        Defendant.                )
_____ )

DEC 7 - 2000

### INDICTMENT

The Grand Jury charges that:

#### GENERAL ALLEGATIONS

At all times referred to in this Indictment:

1. Discount Guns and Pawn, Inc. (hereinafter referred to as "Discount Guns & Pawn"), located at 1201 S. State Road 7, Hollywood, Florida, was a federally licensed firearms dealer, license number 1-59-006-02-6L-44056.

2. Ridgerunner Arms, located at 19038 N.W. 80th Court, Miami, Florida, was a federally licensed firearms dealer, license number 1-59-013-01-9C-35060.

3. Weapons Unlimited, located at 533 S. Orange Blossom Trail, Apopka, Florida, was a federally licensed firearms dealer, license number 1-59-048-01-2M-34483.



4. I.N.J. Enterprises, Inc. d/b/a Gun Country ("Gun Country"), located at 200 S.W. 25th Street, Fort Lauderdale, Florida, was a federally licensed firearms dealer, license numbers 1-59-011-02-3B-67067 and 1-59-006-02-0B-67067.

5. Arms and Guns Distributor Antiques and Collectables (hereinafter referred to as "Arms and Guns"), located at 14551-14581 60th Street North, Clearwater, Florida, was a federally licensed firearms dealer, license number 1-59-052-01-5E-39839.

6. FJB Guns and Ammo, located at 590 North Central Avenue, Umatilla, Florida, was a federally licensed firearms dealer, license number 1-59-035-01-1K-33910.

7. M.R.M. Outdoor Sports Supplies (hereinafter referred to as "MRM Outdoor Supplies"), located at 107 S.W. Suwannee Avenue, Branford, Florida, was a federally licensed firearms dealer, license number 1-59-061-01-1D-45896.

8. Miami Police Supply (hereinafter referred to as "Miami Police"), located at 5643 S.W. 8th Street, Miami, Florida, was a federally licensed firearms dealer, license numbers 1-59-013-01-1H-33574 and 1-59-013-01-8H-33574.

9. Northwood Pawn & Coin Shop (hereinafter referred to as "Northwood"), located at 505 Northwood, West Palm Beach, Florida, was a federally licensed firearms dealer, license number 1-59-050-02-6F-42493.

COUNTS 1 - 22

1. The general allegations in paragraphs one (1) through nine (9) are realleged and expressly incorporated herein.

2. From on or about January 28, 1998, through on or about November 25, 2000, in Broward and Miami-Dade Counties, in the Southern District of Florida and elsewhere, the defendant,

    MARC ARTHUR GALETTE,
    a/k/a "Galette Marcarthur",

in connection with the acquisition of firearms, did knowingly make false and fictitious written statements to federally licensed firearms dealers, which statements were intended and likely to deceive the dealers as to a fact material to the lawfulness of such sale and acquisition of firearms under Chapter 44 of Title 18, United States Code, in that the defendant stated in the Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473 Firearms Transaction Record, that his name was "Galette Marcarthur", that he was born in New York, New York, and that he was a citizen of the United States, which statements he knew to be false, as described in each of the following Counts, among others, each act described below being a separate Count of this Indictment:

| COUNT | DATE | FEDERALLY LICENSED FIREARMS DEALER | FIREARMS ACQUIRED |
|---|---|---|---|
| 1 | 1/28/98 | Discount Guns & Pawn | EAA .38 caliber revolver |
| 2 | 2/5/98 | Discount Guns & Pawn | Davis .380 caliber pistol<br>Davis .380 caliber pistol |
| 3 | 2/5/98 | Ridgerunner Arms | Lorcin 9 mm pistol<br>Kel-Tec 9 mm pistol |
| 4 | 6/6/98 | Weapons Unlimited | Jennings 9 mm pistol<br>Jennings 9 mm pistol |
| 5 | 6/6/98 | Gun Country | S & W 9mm pistol |
| 6 | 6/12/98 | Discount Guns & Pawn | Star 9 mm pistol<br>EAA .38 caliber revolver |
| 7 | 8/8/98 | Weapons Unlimited | Jennings 9 mm pistol<br>Jennings 9 mm pistol |
| 8 | 8/16/99 | Discount Guns & Pawn | EAA .38 caliber revolver |
| 9 | 6/10/00 | Gun Country | S & W 9mm pistol<br>S & W 9mm pistol |
| 10 | 7/1/00 | Gun Country | American Arms 9mm pistol<br>R.A.P. 9 mm pistol |
| 11 | 7/7/00 | Arms & Guns | Hi Point 9mm pistol<br>Hi Point .380 caliber pistol |
| 12 | 7/8/00 | Arms & Guns | Intertec 9 mm pistol |
| 13 | 7/8/00 | Miami Police | K.B.I. 9x18 pistol<br>K.B.I. 9x18 pistol |
| 14 | 9/9/00 | Gun Country | S & W .40 caliber pistol<br>Taurus 9mm pistol |
| 15 | 9/30/00 | Gun Country | Glock 9mm pistol<br>Glock .40 caliber pistol |
| 16 | 9/30/00 | FJB Guns & Ammo | Talon 9 mm pistol<br>Talon 9 mm pistol |

4

| COUNT | DATE | FEDERALLY LICENSED FIREARMS DEALER | FIREARMS ACQUIRED |
|---|---|---|---|
| 17 | 10/1/00 | Gun Country | Taurus .357 pistol<br>Taurus 9mm pistol |
| 18 | 11/17/00 | MRM Outdoor Supplies | S & W .40 caliber pistol<br>S & W .40 caliber pistol |
| 19 | 11/18/00 | Gun Country | Glock 9mm pistol<br>S & W 9mm pistol<br>S & W .40 caliber pistol |
| 20 | 11/25/00 | Gun Country | Taurus 9 mm pistol<br>Taurus 9 mm pistol<br>E.A.A. .40 caliber pistol |
| 21 | 11/25/00 | Miami Police | Hi Point 9 mm rifle<br>Phoenix .22 caliber pistol |
| 22 | 11/25/00 | Northwood | Sears 12 gauge shotgun |

All in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

CASE NO. _____

v.

**MARC ARTHUR GALETTE**
a/k/a Galette Marcarthur

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**
New Defendant(s)      Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _No_____
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days        _X_      Petty      ___
   II   6 to 10 days       ___      Minor      ___
   III  11 to 20 days      ___      Misdem.    ___
   IV   21 to 60 days      ___      Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____Yes_____
   If yes:
   Magistrate Case No.  _00-4275-BSS_____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of _11/25/00_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____/s/ Laurence M. Bardfeld_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: MARC ARTHUR GALETTE          No.: _____

Counts # 1-22:
False Statement in the Acquisition of a Firearm; 18 U.S.C. 922(a)(6)

*Max Penalty: Ten (10) years' imprisonment; $250,000 fine

Counts # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96