# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: MARC ARTHUR GALETTE (J) | CASE NO: ~~00-4275-BSS~~ 00-6338-CR-WPD |
| AUSA: LARRY BARDFELD | ATTY: Pat Hunt |
| AGENT: | VIOL: |
| PROCEEDING: PRELIM/ARRAIGNMENT | RECOMMENDED BOND: |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED by DC
DEC - 7 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

~~Reading of indictment waived~~
**Not Guilty plea entered**
Jury trial demanded
~~Standing Discovery Order requested~~

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 12/29 | 11 | Seltzer | ✓ |

DATE: 12/7/00   TIME: 11 00   FTL/LSS TAPE # 00 - 062   Begin: 2084   End: 2151