

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6338-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

MARC ARTHUR GALETTE

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on DECEMBER 7, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:             Address: __CUSTODY_____

                       _____

                       Telephone:_____

DEFENSE COUNSEL:       Name:____PATRICK HUNT, ESQ._____

                       Address:_____

                       _____

                       Telephone:_____

BOND SET/CONTINUED:    $_____50,000 CSB w/NEBBIA_____

Bond hearing held: yes_____  no_____  Bond hearing set for_____

Dated this __7TH____ day of __DECEMBER_____,2000.

                                   CLARENCE MADDOX
                                   COURT ADMINISTRATOR/CLERK OF COURT

                                   By: _____
                                       Deputy Clerk

                                   Tape No. ✓ 00-_O62_____

cc: Copy for Judge
    U. S. Attorney