## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by ___ D.C.
DEC - 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT: MARC ARTHUR GALETTE (J)   CASE NO: 00-6338-CR-DIMITROULEAS
AUSA: LARRY BARDFELD             ATTY: PAT HUNT
AGENT:                           VIOL:
PROCEEDING: NEBBIA HEARING       RECOMMENDED BOND: 50,000 CSB w/NEBBIA
BOND HEARING HELD - yes / no     COUNSEL APPOINTED:
BOND SET @: $50,000.00 - CSB     To be cosigned by:

- ☑ Do not violate any law.
- ☑ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS (as directed) or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☑ No firearms.
- ☑ Curfew: 9:00 P.M. - 6:00 A.M.
- ☑ Travel restricted to Miami (Dade) and Broward.
- ☐ Halfway House ____

- Hearing not held.
- Parties stipulate to $50,000.00 - Corporate Surety Bond.
- Defendant must reside w/ his aunt.
- Defendant released

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 12/8/00   TIME: 9:30   FTL/LSS TAPE # 00 - 062   Begin:   End

