HONORABLE MAGISTRATE JUDGE BARRY S. SELTZER

STATUS CONFERENCE

FILED by D.C. DEC 29 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT KEVIN THELAN CASE NO: 00-6312-CR-FERGUSON

AUSA KATHLEEN RICE pres ATTY CHRIS GRILLO pres

no pending motions - close out 00-102

T - M/dire Jan 22 @130

DEFT MARC ARTHUR GALLETTE CASE NO: 00-6338-CR-DIMITROULEAS

AUSA LARRY BARDFELD pres ATTY FPD Daniels for Wilcox

close out - no pending mots @197

possible new counsel

PT motions due Jan 15

DEFT CASE NO:

AUSA Jan 15 trial ATTY

DEFT CASE NO:

AUSA ATTY

DEFT CASE NO:

AUSA ATTY

DEFT CASE NO:

AUSA ATTY

DATE 12/29/00 TIME 11:00

