UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6338-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

MARC ARTHUR GALETTE,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on December 29, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require four days to try.

2. Defense counsel informed the Court that he has received the Government's



discovery response. He requested and was granted to and including January 15, 2001, to file pretrial motions.

DATED at Fort Lauderdale, Florida this ___ day of December 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Larry Bardfeld, Esquire
Assistant United States Attorney

Daryl Wilcox, Esquire
Assistant United States Attorney
Attorney for Defendant

2