UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6338-CR-DIMITROULEAS

UNITED STATES OF AMERICA.

Plaintiff,

v.

MARC ARTHUR GALETTE,

Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Marc Galette, through counsel, respectfully moves for a continuance of the trial in this matter by a period of thirty (30) days, from the currently scheduled trial period beginning January 16, 2001, and in support states as follows:

1.      Defendant was arraigned in this matter on December 7, 2000. This case is currently set for trial during the two week period beginning January 16, 2001. This is the first trial setting in this matter.

2.      Counsel has received the government's written discovery response, and will be reviewing that discovery with Mr. Galette on Wednesday, January 10, 2001. Counsel has not been able to prepare or conduct any investigation in this matter due to recent surgery. Counsel was operated upon to repair a torn labrum on December 26, 2000. By doctor's orders, the shoulder has remained immobilized since surgery. Stitches were removed on January 8, 2001, but counsel has been instructed not to remove the arm from a sling for another two weeks to prevent any tearing.



Counsel has returned to work, but work outside the office, including case investigation and court appearances are difficult during this time.

3.    Counsel anticipates that a thirty day continuance would be sufficient to allow adequate preparation for trial.

4.    Mr. Galette is free on a $50,000 corporate surety bond. He has been consulted and he concurs in the request for a continuance. Larry Bardfeld, the Assistant United States Attorney handling this matter for the government, has authorized counsel to represent that the government does not oppose the granting of the relief requested herein.

WHEREFORE, the Defendant Marc Galette, through undersigned counsel, respectfully requests that the trial in this cause be continued by a period of at least thirty days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:    _____

Patrick M. Hunt
Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the aforementioned motion was mailed on this _9th_

day of January, 2001, to Assistant United States Attorney Larry Bardfeld, 299 E. Broward Blvd. Fort

Lauderdale, Florida, 33301.

_____
Patrick M. Hunt