UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6338-CR-DIMITROULEAS

    Plaintiff,

vs.

MARC ARTHUR GALETTE,

    Defendant.
_____/

## ORDER DENYING, WITHOUT PREJUDICE
## UNOPPOSED MOTION TO CONTINUE TRIAL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion To Continue Trial, bearing Certificate of Service dated January 9, 2001, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is DENIED, without prejudice to renew at calendar call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Larry Bardfeld, AUSA

Patrick M. Hunt, AFPD