## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6338-CR-WPD  DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  vs. Marc Arthur Galotte

U.S. ATTORNEY: Laurence Bardfeld   DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Calendar call / Status conf.

RESULT OF HEARING: Deft's motion to continue is granted. Court resets trial & finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 2/9   TIME: 9:00   FOR: Cal. Call
MISC: 2/12   2 week trial period

