UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____
2001 JAN 22 AM 10: 59

CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

CASE NO. 00-6338-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MARC ARTHUR GALETTE, | ) |
| Defendant. | ) **NOTICE OF PERMANENT APPEARANCE** |
| | ) **FOR TRIAL ONLY** |

**NOTICE IS HEREBY GIVEN** that ROBERT G. AMSEL, ESQUIRE of the law firm of Robbins, Tunkey, Ross, Amsel, Raben, Waxman & Eiglarsh, P.A. enter permanent appearance as counsel for Defendant, MARC ARTHUR GALETTE, in this cause for all proceedings in the Southern District of Florida. This notice does not cover any proceedings in the Eleventh Circuit Court of Appeals or in any other collateral proceedings. The Clerk of this Court is requested to send copies of all court notices pertaining to this cause to the undersigned.

Respectfully submitted,

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.
2250 S.W. Third Avenue, 4th Floor
Miami, Florida 33129
(305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690

ROBBINS, TUNKEY, ROSS, AMSEL, RABEN, WAXMAN & EIGLARSH, P.A. ATTORNEYS AT LAW
LAWYERS PLAZA, FOURTH FLOOR · 2250 SOUTHWEST THIRD AVENUE, MIAMI, FLORIDA 33129-2095
DADE CO. (305) 858-9550 · BROWARD CO. (954) 522-6244 · WATS (800) 226-9550 · FACSIMILE (305) 858-7491

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the above and foregoing was furnished this 18th day of January, 2001 to Laurence Bardfeld, Esq., Assistant United States Attorney, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 and Patrick Hunt, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite #202, Fort Lauderdale, Florida 33301.

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.
Attorneys at Law
2250 S.W. Third Avenue, 4th Floor
Miami, Florida 33129
(305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690