UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6338-CR-DIMITROULEAS

UNITED STATES OF AMERICA,      :

    Plaintiff,      :

    v.      :

MARC ARTHUR GALETTE,      :

    Defendant.      :

_____ :

### MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Marc Galette, be terminated as the Defendant has retained Robert G. Amsel, Esq., 2250 SW 3rd Avenue, 4th Floor, Miami, FL 33129, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

          KATHLEEN WILLIAMS
          FEDERAL PUBLIC DEFENDER

By: _____
          Patrick M. Hunt
          Assistant
          Federal Public Defender
          Attorney for Defendant
          Florida Bar No. 571962
          101 N.E. 3rd Avenue, Suite 202
          Ft. Lauderdale, Florida 33301
          (954) 356-7436
          FAX 954/356-7556



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed this 17th Day of January, 2001, to Larry Bardfeld, Assistant United States Attorney's Office, at 299 E. Broward Blvd., Ft. Lauderdale, FL 33301.

Patrick M. Hunt