UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6338-CR-DIMITROULEAS

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )
vs.                               )
                                  )
MARC ARTHUR GALETTE,              )
                                  )
        Defendant.                )
_____ )

## UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, MARC ARTHUR GALETTE, through undersigned counsel, files this Unopposed Motion to Continue Trial and in support thereof states:

1. Undersigned counsel was recently retained to represent the Defendant and has filed a Notice of Appearance.

2. Calendar call is currently scheduled for February 9, 2001 and trial is scheduled for the two-week period beginning February 12, 2001.

3. Undersigned counsel needs just one continuance to prepare this matter. It is anticipated that this matter will be resolved without a trial.

4. Undersigned counsel has conferred with Assistant United States Attorney Laurence Bardfeld who advises that the Government has no objections to the granting of the instant motion.



ROBBINS, TUNKEY, ROSS, AMSEL, RABEN, WAXMAN & EIGLARSH, P.A., ATTORNEYS AT LAW
LAWYERS PLAZA, FOURTH FLOOR . 2250 SOUTHWEST THIRD AVENUE, MIAMI, FLORIDA 33129-2095
DADE CO. (305) 858-9550 • BROWARD CO. (954) 522-6244 • WATS (800) 226-9550 • FACSIMILE (305) 858-7491

**WHEREFORE**, based upon the above and foregoing, the Defendant respectfully requests this Court to grant the instant motion.

Respectfully submitted,

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.
Attorneys at Law
2250 S.W. Third Avenue, 4th Floor
Miami, Florida 33129
Telephone: (305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the above and foregoing was furnished this 5th day of February, 2001 to Laurence Bardfeld, Esq., Assistant United States Attorney, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.
Attorneys at Law
2250 S.W. Third Avenue, 4th Floor
Miami, Florida 33129
Telephone: (305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690