UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6338-CR-DIMITROULEAS

Plaintiff,

vs.

MARC ARTHUR GALETTE,

Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE CONTINUANCE

THIS CAUSE having come on to be heard upon the Defendant's February 6, 2001

Motion To Continue Trial [DE-28] and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said Motion is Denied without prejudice to renew at

the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

___ day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert G. Amsel, Esquire
2250 S.W. 3rd Avenue
Miami, FL 33129-2095

Laurence Bardfeld, AUSA

