## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
FEB 09 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6338-CR-WPD      DATE: February 9, 2001

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA    vs.  Marc Arthur Galette

U.S. ATTORNEY: Jeannice Bradfield    DEFT. COUNSEL: Robert Amsel / Marc

REASON FOR HEARING: Calendar call / status conf.

RESULT OF HEARING: Deft's motion to continue is granted. Court finds the time from today until trial deemed excludable under Speedy trial.

CASE CONTINUED TO: 2/12/01      TIME: 9:15      FOR: cal. call
MISC: 2/13/01      trial

