# CRIMINAL MINUTES



FILED by _____ D.C.
FEB 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM P. DIMITROULEAS

---

CASE NUMBER: 00-6338-CR-WPD    DATE: February 12, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Marc Arthur Galette

U.S. ATTORNEY: Laurence Bardfeld    DEFT. COUNSEL: Robert Ansell

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 1. Gvt agrees to dismiss Counts 2-22 at time of Sentencing. Court accepts guilty plea. Court grants oral motion to withdraw Ansell on his pre-trial release. Ansell to provide written order.

CASE CONTINUED TO: 4/27/01    TIME: 11:00    FOR: Sentencing

MISC: Written plea agreement filed.