UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6338-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MARC ARTHUR GALETTE, | ) |
| Defendant. | ) |

## ORDER MODIFYING CONDITION OF PRE-TRIAL RELEASE

**THIS CAUSE** having come on to be heard upon the Defendant's Unopposed Motion to Modify Condition of Release and the court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the curfew of 9:00 p.m. to 6:00 a.m. previously ordered as a condition of the Defendant's release is hereby deleted. All other conditions of the Defendant's pre-trial release shall remain the same.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Broward County, Florida this _15_ day of _February_, 2001.

HONORABLE WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT JUDGE

Copies furnished to:

Robert G. Amsel, Esq.
Laurence Bardfeld, Esq., AUSA

