UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6338-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,              )
                             )
vs.                          )
                             )
MARC ARTHUR GALETTE,         )
                             )
    Defendant.              )
_____)

## OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

The Defendant, MARC ARTHUR GALETTE, through undersigned counsel, files his Objections to Pre-Sentence Investigation Report and in support thereof states:

1. The Defendant objects to paragraph 41 which should give him a three level adjustment for acceptance of responsibility. Undersigned counsel accompanied the Defendant to the probation office immediately subsequent to the plea in this matter and specifically noted on the in-take forms that the Defendant will provide a written signed statement of acceptance of responsibility. Attached hereto is a copy of that statement which has been provided to United States Probation Officer Theresa D. Bradman. Consequently, the Defendant respectfully requests that he be given a three level reduction for acceptance of responsibility.

2. The Defendant objects to paragraph 65 which describes an offense allegedly committed by him in 1982. The Defendant has no recollection of being charged with this offense.

3. Likewise, the Defendant objects to paragraph 68 and 69 indicating that warrants are outstanding for the Defendant in Massachusetts. The Defendant submits that he did not commit these offenses. With respect to paragraph 68, the Defendant would note that his cousin's name is Marc Guilliane, however, the Defendant has never used that name.

4. The Defendant objects to paragraphs 110 and 111 which suggests the possibility that the court may depart upwards because of the Defendant's criminal history. The Defendant submits that his criminal history is not sufficiently significant to warrant any upward adjustment. It should be noted that the offenses summarized in paragraphs 52 through 63, were all part of one continuing criminal course of conduct, were the subject of the single arrest on July 2, 1985, were all alleged in an Indictment returned on May 15, 1985 and were all disposed of at sentencing on January 22, 1986. Moreover, the Defendant successfully completed his probationary period and paid restitution. The other criminal conduct in paragraph 65 through 67 were all minor charges, two of which were dismissed and one of which the Defendant was found not guilty. Finally, as noted above, the Defendant denies involvement with respect to the offenses alleged in paragraph 68 and 69.

5. Finally, the Defendant submits that the base offense level in paragraph 42 should be "six." Section 2K2.1(b)(2) provides that if the Defendant possessed a firearm solely for

2

"lawful sporting purposes or collection, and did not unlawfully discharge or otherwise unlawfully use such firearm or ammunition," then the offense level should be six. The Defendant never unlawfully discharged these firearms, he did not unlawfully use the firearms and possessed them solely for sporting and collection purposes. All of his life, the Defendant has been keenly interested in firearms. The Defendant holds a concealed firearms license. Furthermore, the Defendant has been collecting guns all of his life. He has received an award for sharp shooting and consistently frequents shooting ranges, gun shows and gun shops. Most of the firearms the Defendant purchases are cheap models which are easily damaged and, ultimately, discarded. Mr. Galette frequently trades in his firearms towards the purchase of other firearms. Attached hereto are affidavits from various acquaintances of Mr. Galette, and one from his son, attesting to their knowledge of Mr. Galette's interest in collecting guns.

6. Most of the firearms listed in the Indictment were damaged and ultimately discarded. The firearms in counts 1 through 4, 7 and 8, 10 through 13, count 16 were all damaged and discarded. The firearms referred to in counts 5 and 6, 9, 14, 15 and 17 were traded by Mr. Galette. The firearms in count 18 and the Glock pistol referred to in paragraph 19 were destroyed by Mr. Galette's brother-in-law. The two Taurus 9mm pistols referred to in paragraph 20 were given away by Mr. Galette prior to entering his plea in this cause. All the other firearms alleged in the Indictment were seized by Government agents. The Defendant, therefore, respectfully requests that this court reduce his offense level to 6.

3

**WHEREFORE**, based upon the above and foregoing, the Defendant respectfully requests this court to sustain the objections in the instant motion and to score the Defendant at level 6 pursuant to §2K2.1(b)(2) of the Federal Sentencing Guidelines.

        Respectfully submitted,

        ROBBINS, TUNKEY, ROSS, AMSEL,
        RABEN, WAXMAN & EIGLARSH, P.A.
        Attorneys at Law
        2250 S.W. Third Avenue, 4th Floor
        Miami, Florida 33129
        Telephone (305) 858-9550

BY: _____
      ROBERT G. AMSEL
      FLORIDA BAR #349690

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above and foregoing was furnished this

6th day of April, 2001 to Laurence Bardfeld, Esq., Assistant United States Attorney, United

States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida

33394 and Theresa D. Bradman, United States Probation Office, Room 315, United States

Courthouse, 300 N.E. First Avenue, Miami, Florida 33132-2126.

> ROBBINS, TUNKEY, ROSS, AMSEL,
> RABEN, WAXMAN & EIGLARSH, P.A.
> Attorneys at Law
> 2250 S.W. Third Avenue, 4th Floor
> Miami, Florida 33129
> Telephone: (305) 858-9550
>
> BY: _____
> ROBERT G. AMSEL
> FLORIDA BAR #349690

5

I, MARC ARTHUR GALETTE, accept full and complete responsibility for my criminal actions in this case. I purchased several firearms and on the application forms, I made several misrepresentations. I apologize to the court and promise that it will never happen again.

_____
MARC ARTHUR GALETTE

_____4-4-01_____
DATE

```
STATE OF _____    )
                    ) ss
COUNTY OF _____   )
```

### AFFIDAVIT OF MARC GALETTE

I, MARC GALETTE, being duly sworn, hereby deposes and says:

1. My name is Marc Galette. I am 15 years old and I am the son of Marc Arthur Galette. I reside at 59 Greenfield Street, Brockton, Massachusetts 02301.

2. All of my life, I have noticed that my father has a great interest in guns. Whenever I visit him in Miami, Florida, he takes me to the shooting range and he has taken me to gun shows. He also talks to me about gun safety.

3. I also know that my father collects guns, and frequently buys and sells guns.

MARC GALETTE

**SWORN TO AND SUBSCRIBED** before me this __13__ day of __March__, 2001.

NOTARY PUBLIC

My Commission Expires:  Louis C. Arienti
                        NOTARY PUBLIC
                        My commission expires Jr 2006

____ Personally known to me

✓ Produced I.D.: _School I.D_

STATE OF FLORIDA )
) ss
COUNTY OF DADE )

### AFFIDAVIT OF MARJORIE ELSAIEH

Marjorie Elsaieh, being duly sworn, hereby deposes and says:

1. My name is Marjorie Elsaieh. I am a friend of Marc Gallette and I have known him for over one year.

2. I am aware that Marc frequently goes to gun shows and gun shops. Marc Gallette has a very great interest in collecting, shooting, and trading guns.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
MARJORIE ELSAIEH

March 29, 2001
DATE

SWORN TO AND SUBSCRIBED before me this 29 day of March, 2001.

_____
NOTARY PUBLIC

My Commission Expires:

___X___ Personally known to me          Produced I.D.: E. 420. 540. 63. 70 V.0

STATE OF FLORIDA )
) ss
COUNTY OF MIAMI-DADE )

### AFFIDAVIT OF ESME EDWARDS

I, ESME EDWARDS, being duly sworn, hereby deposes and says:

1. I am a friend of Marc Arthur Galette and have known him for over one year.

2. Marc has invited me to go to the gun range with him on many occasions. I know that collecting and shooting guns are a hobby of Marc's. Mr. Galette has told me that he has been interested in firearms since he was 12 years old.

3. I know that Marc regularly attends gun shows and trades guns frequently.

4. I am a staff accountant at Renaissance Cruises and have been doing that since October, 1990.

ESME EDWARDS

**SWORN TO AND SUBSCRIBED** before me this  9th  day of  March , 2001.

NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires: 1/17/05

✓ Personally known to me

_____ Produced I.D.:_____



VELMA MCKEN
MY COMMISSION # CC 994180
EXPIRES: January 17, 2005
Bonded Thru Notary Public Underwriters