## SENTENCING MINUTES
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

DEFENDANT: MARC Arthur Galette          CASE # 00-6338-CR-WPD

Clerk: Deborah Christian          JUDGE: William P. Dimitrouleas

Reporter: Bob Ryckoff          DATE: 04-27-01

AUSA: Laurence Bardfeld    Deft. Counsel: Robert Amsel, Esq.

FILED by BTC D.C.
APR 27 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFENDANT FOUND GUILTY AS TO COUNTS _____

COUNTS DISMISSED _____

_____ Deft. failed to appear - warrant to issue. Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ am / pm

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments: WARRANT ISSUED Deft not present

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments _____

Assessment $_____          Fine $_____

Restitution / Other _____

### CUSTODY

_____ Remanded to U.S. Marshal    _____ Release bond pend appeal

_____ Voluntary Surrender to (designated institution or US Marshal) on ___/___/___.

_____ Commitment recommendation: _____

(rev. 12/91)