# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

MARC ARThUR GALETTE   CASE NUMBER: 00-6338-CR-WPD

**WARRANT FOR ARREST**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARC ARthUR GALETTE__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

NONE APPEARANCE

in violation of Title _____ United States Code, Section(s) _____

__William R. Dimitrouleas__   __U.S. District Judge__
Name of Issuing Officer        Title of Issuing Officer

__[signature]__                __April 27, 2001 - Ft. Lauderdale, FL__
Signature of Issuing Officer   Date and Location

Bail fixed at $ _____ by _____
                                     Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |