```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6338-CR-WPD
                             )
            Plaintiff,       )
                             )
      -v-                    )
                             )
MARC ARTHUR GALETTE,         )
                             )  Fort Lauderdale, Florida
            Defendant.       )  April 27, 2001
_____)  11:05 a.m.


              TRANSCRIPT OF SCHEDULED SENTENCE

       BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      LAURENCE BARDFIELD ESQ.
                        Assistant U.S. Attorney


For the Defendant:      ROBERT AMSEL, ESQ.



Reporter:               ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657
```



# NOT

# SCANNED

## PLEASE REFER TO COURT FILE