UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6338-CR-DIMITROULEAS



UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARC A. GALETTE,

        Defendant,

  and

AMERICAN BANKERS INSURANCE COMPANY,

        Corporate Surety.

_____/

### MOTION FOR REVOCATION AND ESTREATURE AND FOR ENTRY OF A FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BOND

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, moves this Court to revoke and estreat the appearance bond and enter a Final Judgment of Forfeiture of Appearance Bond in favor of plaintiff and against defendant Marc A. Galette and American Bankers Insurance Company, corporate surety, in the amount of $50,000. Plaintiff will rely in support hereof upon the annexed Memorandum of Law.



## MEMORANDUM OF LAW

## REQUEST FOR ESTREATURE

1. On December 8, 2000, defendant Marc A. Galette and American Bankers Insurance Company, executed a corporate surety appearance bond on behalf of the defendant in the sum of $50,000 to guarantee the defendant's appearance as ordered by the Court.

2. The defendant Marc A. Galette has not honored the terms of the appearance bond in that Marc A. Galette failed to appear for sentencing as ordered by the court.

3. An arrest warrant was issued and the defendant Marc A. Galette remains a fugitive, but it does not formally appear from the record that an order revoking and estreating the appearance bond was entered.

4. The provisions of Fed. R. Crim. P. 46(e)(1), provide that: "If there is a breach of condition of a bond, the district Court shall declare a forfeiture of the bail." It has been held that the revocation or forfeiture required by these provisions is mandatory, even though it may later be set aside under the further provisions of Paragraph (e). United States v. Stanley, 601 F.2d 380 (9th Cir. 1979); Smith v. United States, 357 F.2d 486, 490 (5th Cir. 1966); Wright, Federal Practice & Procedure: Criminal 2d §776. No notice to the defendant or surety concerning the failure to appear or action for estreature is required, even though such notice is required in connection with a subsequent motion for appearance bond forfeiture judgment. United States v. Vera-Estrada, 577 F.2d 598 (9th Cir. 1979); United States v. Marquez,

-2-

577 F.2d 598 (9th Cir. 1979); United States v. Marquez, 564 F.2d 379, 381 (10th Cir. 1977).

5.   Plaintiff therefore moves the Court to revoke and estreat the appearance bond as to the defendant and sureties.

### REQUEST FOR BOND FORFEITURE JUDGMENT

6.   The provisions of Fed. R. Crim. P. 46(e)(3) permit the Court, upon motion, to enter judgment as to any bond previously estreated and not subsequently set aside, and further provide that the obligors on the bond submit to jurisdiction and irrevocably appoint the Clerk of Court their agent for service of process when they execute the bond.

7.   Upon the failure of any defendant to appear as directed by the Court, the provisions of 18 U.S.C. § 3146(d) permit the Court to declare forfeit to the United States any property posted or pledged to secure an appearance bond executed under the provisions of 18 U.S.C. §§ 3142(b), 3142(c)(1)(B)(xi) or (xii).

8.   It is clear that upon failure of a bailed defendant to appear as required the surety becomes absolutely obligated to the United States for the full amount of the bond, and that the government is not required in its motion to prove the amount of its expenses as a result of the breach. United States v. Foster, 417 F.2d 1254, 1256 (7th Cir. 1969); United States v. Caro, 56 F.R.D. 16, 20 (S.D. FL 1972); Wright, Federal Practice and Procedure: Criminal 2d § 776.

**WHEREFORE**, the United States of America moves this Court to enter a Final Judgment of Forfeiture of Appearance Bond as to the

aforesaid $50,000 as to the corporate surety, together with interest as prescribed by 28 U.S.C. § 1961, and the costs of this action.

>Respectfully submitted,
>
>MARCOS DANIEL JIMENEZ
>UNITED STATES ATTORNEY
>
>BY: *Donald F Chase II*
>DONALD CHASE
>ASSISTANT UNITED STATES ATTORNEY
>Court No. A5500077
>500 E. Broward Blvd., 7th Floor
>Ft. Lauderdale, Florida 33394
>Telephone  (954) 356-7255
>Fax No.   (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of September, 2003, to:

Marc A. Galette, 785 N.E. 164th Street, Miami, Florida 33162
Catherine Crespo, Agent for American Bankers Insurance Company, 1575 N.W. 14th Street, Miami, Florida 33125
American Bankers Insurance Company, Att: Bond Dept.,

_____
DONALD CHASE
ASSISTANT UNITED STATES ATTORNEY