UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6338-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARC A. GALETTE,

    Defendant,

    and

AMERICAN BANKERS INSURANCE COMPANY,

    Corporate Surety.
_____/

SEP 10 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
OF FLA. FT. LAUD.

### ORDER REVOKING SURETY AND ESTREATING APPEARANCE BOND

THIS MATTER is before the Court on the United States' Motion for revocation and estreature of the corporate surety appearance bond of defendant Marc A. Galette and American Bankers Insurance Company in the sum of $50,000 and is amply supported by the records of this Court; therefore, it is

**ORDERED AND ADJUDGED** that the appearance bond of defendant Marc A. Galette in the sum of $50,000 Corporate Surety Bond, plus interest, if any, are hereby revoked and estreated.



DONE AND ORDERED in Chambers in Ft. Lauderdale, Florida, this
\_\_\_\_ day of September, 2003.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:

AUSA DONALD CHASE/Victoria Fallick
AUSA Elizabeth Stein
Lee Nihan, Financial Section, Clerk's Office
Marc A. Galette, 785 N.E. 164th Street, Miami, Florida 33162
Catherine Crespo, Agent for American Bankers Insurance Company, 1575 N.W. 14th Street, Miami, Florida 33125
American Bankers Insurance Company, Att: Bond Dept.,