UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6338-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARC A. GALETTE,

    Defendant,

  and

AMERICAN BANKERS INSURANCE COMPANY,

    Corporate Surety,

_____/

### FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BOND

THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Appearance Bond against defendant MARC A. GALETTE as to the surety American Bankers Insurance Company Company, corporate surety, in the amount of $50,000. The United States seeks to forfeit the appearance bond posted with this Court in the sum of $50,000 as to the corporate surety bond, plus accrued interest, if any, respectively, and the Court having noted the previous revocation and estreature of said appearance bond, and having found no basis for exonerating or



remitting the bond, it is

**ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant Marc A. Galette and American Bankers Insurance Company in the sum of $50,000 as to the corporate surety bond interest thereon from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bond shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be, pledged or granted to the United States to secure payment of the aforesaid bond, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this 10 day of September, 2003.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:

AUSA Donald Chase/Victoria Fallick
AUSA Elizabeth Stein (**two certified copies**)
Lee Nihan, Financial Section, U.S. District Court
Marc A. Galette, 785 N.E. 164th Street, Miami, Florida 33162
Catherine Crespo, Agent for American Bankers Insurance Company, 1575 N.W. 14th Street, Miami, Florida 33125
American Bankers Insurance Company, Att: Bond Dept.,