ERS:amw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6338-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MARC A. GALETTE,

    Defendant,

and

AMERICAN BANKERS INSURANCE COMPANY,

    Corporate Surety.

_____/



## SATISFACTION OF JUDGMENT AND RELEASE OF LIEN
## AS TO CORPORATE SURETY ONLY

    Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, does hereby release and relinquish the lien of that certain Final Judgment of Forfeiture of Appearance Bonds entered by the United States District Court for the Southern District of Florida on September 10, 2003, under its Docket No. 00-6338-CR-DIMITROULEAS, against Defendant Marc A. Galette, and American Bankers Insurance Company, the corporate surety who cosigned the bond. Said Judgment was duly recorded on December 24, 2003, in the Public Records of Dade County, Florida, in Official Records Book 21929, Pages 3141, 3142 and 3143.



This Satisfaction of Judgment and Release of Lien shall not be deemed to in any way constitute a release or satisfaction of the referenced Final Judgment of Forfeiture of Appearance Bonds as to any property of the Defendant, Marc A. Galette.

Witness my hand and seal, this 23rd day of March A.D. 2004.

Signed, Sealed and Delivered in Presence of:

*Ann M. Woodruff*

*Sylvia Acosta*

STATE OF FLORIDA
COUNTY OF DADE

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: ELIZABETH RUF STEIN
ASSISTANT UNITED STATES ATTORNEY
99 N. E. 4th Street, 3rd Floor
Miami, FL 33132
Telephone (305) 961-9313
Fla. Bar No. 354945
Fax No. (305) 530-7139

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid, to take acknowledgments, personally appeared Elizabeth Ruf Stein, Assistant U. S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 23rd day of March, A.D. 2004.

Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

NOTARY PUBLIC, State of Florida

[ ] DID take an oath
[x] DID NOT take an oath

This instrument was prepared by: Elizabeth Ruf Stein
Assistant U. S. Attorney